UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| DCJM, LP, | ) |
|     Plaintiff, | ) |
| v. | ) No.: 3:24-CV-354-TAV-JEM |
| AUNT BUG'S CABIN RENTALS, LLC, BRIAN SPIEZIO, SHAWN SPIEZIO, and MIGHTY PEAKS REALTY, LLC | ) |
|     Defendants. | ) |

## ORDER

This civil matter is before the Court on a Report and Recommendation ("R&R") entered by United States Magistrate Judge Jill E. McCook on October 4, 2024 [Doc. 25]. In the R&R, Judge McCook recommends that the Court deny plaintiff's motion for declaratory judgment and preliminary injunction and/ or temporary restraining order [Doc. 7]. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(d), 72(b).

After careful review of the matter, the Court agrees with the magistrate judge's recommendations. Accordingly, the Court **ACCEPTS and ADOPTS** in full the R&R [Doc. 25] pursuant to 28 U.S.C. § 636(b)(1). Accordingly, plaintiff's motion for declaratory judgment and preliminary injunction and/ or temporary restraining order [Doc. 7] is hereby **DENIED**.

IT IS SO ORDERED.

                                          s/ Thomas A. Varlan
                                          UNITED STATES DISTRICT JUDGE